IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-116

| | |
|---|---|
| SILVIA LUCCERINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNIVERSAL HEALTH SERVICES, INC. ) | |
| and KEYSTONE CHARLOTTE, LLC ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Stay the Initial Attorneys' Conference [D.I. 9, 10] pending the Court's Ruling on Plaintiff's Motion to Remand. For good cause shown, Plaintiff's Motion to Stay is **GRANTED**. Accordingly, it is hereby **ORDERED** that the Initial Attorneys' Conference is **STAYED** until this Court enters an order on Plaintiff's Motion to Remand.

Signed: March 14, 2012

Graham C. Mullen
United States District Judge

1